*MARK E. COHEN, ESQ.*
*ATTORNEY AT LAW*
*108-18 QUEENS BOULEVARD*
*4TH FLOOR, SUITE 3*
*FOREST HILLS, NEW YORK 11375*
----------
*Telephone (718) 258-1500*
*Facsimile (718) 793-1627*

April 22, 2020

HONORABLE NANCY HERSHEY LORD
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, New York 11201

Re:    Rafael Betita, Chapter 13 Debtor
EDNY Case No. 1-19-46919-nhl

Dear Judge Lord:

A loss mitigation status hearing is scheduled for April 29, 2020. Please allow this letter to serve as an update on behalf of our client Kondaur Capital Corporation as servicing agent for Wilmington Savings Fund Society, FSB, not in its individual capacity but solely in its capacity as Owner Trustee of Matawin Ventures Trust Series 2018-1 ("Creditor" herein) with respect to the pending loss mitigation request.

On or about April 13, 2020, a loan modification proposal was sent to Debtor's Attorney. Additional information was provided to Debtor's attorney on April 20, 2020 in response to their inquiry and providing a breakdown of corporate advance fees and that were included in the loan modification.

The following are the terms as presented to Debtor's attorney:

**Existing terms:**

Debtor is due for payments from 11/1/2013 through 4/1/2020.
There is $20,000.00 in escrow for taxes advanced by secured creditor.
There is $13,000.00 in other corporate advances by the secured creditor.
Total reinstatement is $195,466.70
Total payoff is $432,255.00
Interest is 5.62%

**New proposed terms:**

This will be a forbearance modification and if the forbearance is completed the loan will then be permanently modified.
Debtor to pay $25,000.00 by 6/12/2020.

Debtor to then make 6 monthly payments for the period of July 1, 2020 through December 1, 2020 each in the amount of $3,136.52.  If all of these payments are made the secured creditor will pay $7,735.66 in property taxes owed at that time.

If loan permanently modified the terms will be put in place:
Unpaid principal balance:  $394,501.00
Monthly principal and interest payment: $2,705.53
Escrow payment (subject to modifications over time): $469.73
Total payment effective January 1, 2020: $3,175.26
Interest rate will remain at 5.62%.

As of the date of this letter, we are awaiting a response to Debtor's attorney as to whether the Debtor has accepted the proposed terms.   Upon receipt of Debtor's response, underwriting will complete its review.

Thanking you for your courtesies in this matter, I am

Respectfully yours,
s/*Mark E. Cohen, Esq.*
MARK E. COHEN, ESQ.

cc: Linda M. Tirelli, Esq., Attorney for Chapter 13 Debtor (By ECF and Email only)